# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| LONGITUDE LICENSING LIMITED, *Plaintiff*, v. BOE TECHNOLOGY GROUP CO., LTD. *Defendant*. | Civil Action No. 2:23-cv-00515-JRG-RSP |

## **ORDER**

Having considered Defendant BOE Technology Group Co., Ltd.'s Motion to Dismiss Pursuant to Federal Rule of Civil Procedure (12)(b)(6) (the "Motion");

IT IS HEREBY ORDERED that the Motion is GRANTED.