IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LONGITUDE LICENSING LIMITED, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | CASE NO. 2:23-CV-00515-JRG-RSP |
| § | |
| BOE TECHNOLOGY GROUP CO., § | |
| LTD., § | |
| § | |
| *Defendant*. § | |

## ORDER

Defendant BOE Technology Group Co., Ltd. ("BOE") previously filed a Motion for Partial Summary Judgment Regarding Pre-Notice Indirect Infringement and Pre-Notice Damages. (Dkt. No. 189.) Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 234), recommending denial of BOE's Motion for Partial Summary Judgment. BOE has now filed Objections. (Dkt. No. 278).

After conducting a *de novo* review of the briefing on the Motion for Partial Summary Judgment, the Report and Recommendation, and the briefing on BOE's Objections, the Court agrees with the reasoning provided within the Report and Recommendation and concludes that the Objections fail to show that the Report and Recommendation was erroneous. Consequently, the Court **OVERRULES** BOE's Objections and **ADOPTS** the Report and Recommendation and orders that the Motion for Partial Summary Judgment (Dkt. No. 189) is **DENIED**.

So ORDERED and SIGNED this 6th day of August, 2025.

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE