

**2:23-cv-00515-JRG-RSP**
Longitude Licensing Limited *et al* v BOE Technology Group Co Ltd
January 13, 2026 at 8:30 AM

## Trial -- Day 3

**PLEASE PRINT CLEARLY:**

| ATTORNEY NAME | REPRESENTING |
|---|---|
| Andrea Fair | Plaintiffs |
| Aaron Fahrenkrog | Plaintiffs |
| Emily Tremblay | Plaintiffs |
| Eric Findlay | Defendant |
| Leo Lam | Defendant |
| Aseem Mehta | Defendant |
| David Silbert | Defendant |
| Emily Hasselberg | Defendant |
| Sharif Jacob | Defendant |
| Gayatri Paranjape | Defendant |
| Samuel LaRoque | Plaintiffs |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**IF YOUR CLIENTS ARE PRESENT, PLEASE PROVIDE NAME AND/OR COMPANY or RELATIONSHIP:**

| CLIENT NAME | COMPANY or RELATIONSHIP |
|---|---|
| Paul Ahern | Plaintiffs |
| Sophia Luo | Defendant |
| | |
| | |
| | |
| | |