## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| LONGITUDE LICENSING LIMITED *and* 138 EAST LCD ADVANCEMENTS LIMITED, | § § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | CASE NO. 2:23-CV-00515-JRG-RSP |
| BOE TECHNOLOGY GROUP CO., LTD., | § § § | |
| *Defendant*. | § § | |

## JURY VERDICT

In answering the following questions and completing this Verdict Form, you are to follow all the instructions that I have given you in the Court's Final Jury Instructions. Your answers to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Final Jury Instructions. You should refer to and consider the Final Jury Instructions as you answer the questions in this Verdict Form.

As used in this Verdict Form, the following terms have the following meanings:

- "**Longitude**" refers to Plaintiffs Longitude Licensing Limited and 138 East LCD Advancements Limited

- "**BOE**" refers to Defendant BOE Technology Group Co., Ltd.

- The "**'948 Patent**" refers to U.S. Patent No. 7,705,948

- The "**'093 Patent**" refers to U.S. Patent No. 8,223,093

- The "**'462 Patent**" refers to U.S. Patent No. 10,181,462

- The "**Asserted Claims**" refers to Claim 1 of the '948 Patent; Claim 1 of the '093 Patent; and Claims 1 and 2 of the '462 Patent

2

**<u>IT IS VERY IMPORTANT THAT YOU FOLLOW THE</u>**

**<u>INSTRUCTIONS PROVIDED IN THIS VERDICT FORM</u>**

**<u>READ THEM CAREFULLY AND ENSURE THAT YOUR</u>**

**<u>VERDICT COMPLIES WITH THEM</u>**

## QUESTION NO. 1A

Has Longitude proven, by a preponderance of the evidence, that BOE has infringed Claim 1 of the '948 Patent?

Claim 1    Yes: _X_    No: _____

## QUESTION NO. 1B

Has Longitude proven, by a preponderance of the evidence, that BOE has infringed Claim 1 of the '093 Patent?

Claim 1    Yes: _X_    No: _____

## QUESTION NO. 1C

Has Longitude proven, by a preponderance of the evidence, that BOE has infringed Claims 1 and/or 2 of the '462 Patent?

Claim 1    Yes: _X_    No: _____
Claim 2    Yes: _X_    No: _____

**Proceed to Question No. 2A, 2B, and 2C.**

## QUESTION NO. 2A

Has BOE proven, by clear and convincing evidence, that Claim 1 of the '948 Patent is invalid?

Claim 1    Yes: _____    No: _X_____

## QUESTION NO. 2B

Has BOE proven, by clear and convincing evidence, that Claim 1 of the '093 Patent is invalid?

Claim 1    Yes: _____    No: _X_____

## QUESTION NO. 2C

Has BOE proven, by clear and convincing evidence, that Claims 1 and/or 2 of the '462 Patent are invalid?

Claim 1    Yes: _____    No: _X_____
Claim 2    Yes: _____    No: _X_____

**Proceed to the next page.**

**Answer Question No. 3A ONLY IF you answered "YES" to Question No. 1A and "NO" to Question No. 2A.  Otherwise, DO <u>NOT</u> answer Question No. 3A.**

## QUESTION NO. 3A

What lump-sum payment did Longitude prove, by a preponderance of the evidence, would compensate Longitude for its damages for infringement of the '948 Patent?

$_____29,717,769_____

**Answer Question No. 3B ONLY IF you answered "YES" to Question No. 1B and "NO" to Question No. 2B.  Otherwise, DO <u>NOT</u> answer Question No. 3B.**

## QUESTION NO. 3B

What lump-sum payment did Longitude prove, by a preponderance of the evidence, would compensate Longitude for its damages for infringement of the '093 Patent?

$_____7,429,449_____

**Answer Question No. 3C ONLY:**

- **If you answered "YES" to Question No. 1C and "NO" to Question No. 2C with respect to <u>Claim 1</u> of the '462 Patent, <u>OR</u>**

- **If you answered "YES" to Question No. 1C and "NO" to Question No. 2C with respect to <u>Claim 2</u> of the '462 Patent, <u>OR</u>**

- **If you answered "YES" to Question No. 1C and "NO" to Question No. 2C with respect to <u>Both Claims</u> of the '462 Patent.**

**Otherwise, DO <u>NOT</u> answer Question No. 3C.**


**<u>QUESTION NO. 3C</u>**

What lump-sum payment did Longitude prove, by a preponderance of the evidence, would compensate Longitude for its damages for infringement of the '462 Patent?

(Answer in United States Dollars and Cents, if any)

$_____29,717,789_____


**Proceed to answer Question No. 4. ONLY IF you answered Question No. 3A, 3B, <u>OR</u> 3C.**


**If you have <u>NOT</u> answered Question No. 3A, 3B, <u>OR</u> 3C, proceed to the final page of this Verdict Form.**

**Answer Question No. 4A ONLY IF you answered Question No. 3A.  Otherwise, DO <u>NOT</u> answer Question No. 4A.**

## QUESTION NO. 4A

If you found infringement, has Longitude proven, by a preponderance of the evidence, that BOE's infringement of the '948 Patent was willful?

Yes: __X__  No: _____

**Answer Question No. 4B ONLY IF you answered Question No. 3B.  Otherwise, DO <u>NOT</u> answer Question No. 4B.**

## QUESTION NO. 4B

If you found infringement, has Longitude proven, by a preponderance of the evidence, that BOE's infringement of the '093 Patent was willful?

Yes: __X__  No: _____

Answer Question No. 4C ONLY IF you answered Question No. 3C.  Otherwise, DO **NOT** answer Question No. 4C.

### QUESTION NO. 4C

If you found infringement, has Longitude proven, by a preponderance of the evidence, that BOE's infringement of the '462 Patent was willful?

Yes: _X_  No: _____

**Proceed to the final page of this Verdict Form.**

You have now reached the end of the Verdict Form and should review it to ensure that it accurately reflects your **unanimous** determinations. After you are satisfied that your **unanimous** answers are correctly reflected above, your Jury Foreperson should then sign and date this Verdict Form in the spaces below. Once that is done, notify the Court Security Officer that you have reached a verdict. The Jury Foreperson should retain possession of the Verdict Form and bring it when the Jury is brought back into the courtroom.

I certify that the Jury unanimously concurs in every element of the above verdict.

SIGNED this ⎶15 day of January , 2026.

_____

Jury Foreperson